AO 442 (Rev. 12/85) Warrant for Arrest  AUSA Diana L.W. Fernandez/FBI S/A Patrick Brodsky & S/A Chris Starrett

# United States District Court

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.

PEGGY PRESTON

**WARRANT FOR ARREST**

CASE NUMBER 00-6309 CR-SEITZ

MAGISTRATE JUDGE GARBER

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___PEGGY PRESTON___
                                              Name

and bring her forthwith to the nearest magistrate to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him with (brief description of offense) money laundering conspiracy, money laundering

in violation of Title _18_ United States Code, Section(s) _1956(h), 1956, 1957_

FILED BY ___ D.C.
00 OCT 24 PM 2:42
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.-FTL

CLARENCE MADDOX
Name of Issuing Officer

_Jenny Butler_
Signature of Issuing Officer

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

10/24/00 - Fort Lauderdale, Florida
Date and Location

$10,000 Corporate Surety Bond & with Nebbia
Bail fixed at $ 100,000 Personal Surety Bond

by BARRY S. SELTZER
   UNITED STATES MAGISTRATE JUDGE
   Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |