| | | | |
|---|---|---|---|
| DEFT: | Peggy Preston (J)# | CASE NO: | 00-6309-CR-Seitz |
| AUSA: | Brian McCormick/Diana Fernandez | ATTY: | Linda Lopez from Ray Kahn (temp) |
| AGENT: | | VIOL: | 18:1962,1963,1955,1956,1957, 1511,894,892 |
| PROCEEDING: | Initial Appearance | BOND REC: | 10,000 CSB w/Nebbia / 100,000 PSB |

BOND HEARING HELD — (yes)/no  Stip    COUNSEL APPOINTED: _____

___ BOND SET @ 100,000 PSB

CO-SIGNATURES: _____

SPECIAL CONDITIONS: _____

(1) Do not violate any law.
(2) Appear in court as directed.
(3) Surrender and/or do not obtain passports/travel documents.
(4) Rpt to PTS as (directed)/or _____ x's a week/month by phone, _____ x's a week/month in person.
(5) Random urine testing by Pretrial Services.
    X Treatment as deemed necessary.
(6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
(8) No contact with victims/witnesses.
(9) No firearms.
10) Curfew: _____
11) Travel extended to: _____
12) _____ Halfway House _____
    _____ Electronic Monitoring _____

reside

Ore tenus m/ unsealed granted

FILED by ___ D.C.
OCT 26 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

advised of charges

| | | | |
|---|---|---|---|
| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: |
| INQUIRY RE COUNSEL: | 11-1 | 10 | Miami Duty |
| PTD/BOND HEARING: | | | |
| PRELIM/(ARRAIGN). OR REMOVAL: | 11-1 | 10 | Miami Duty |
| STATUS CONFERENCE: | | | |
| DATE: 10-26-00 | TIME: 11:00am | TAPE # 00-084 | PG # @ 1 |

#37
HA