UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

Plaintiff

v.

PEGGY PRESTON, Defendant

CASE NO. 00-6309-CR-Seitz

REPORT COMMENCING CRIMINAL ACTION
55527-004

TO: CLERK'S OFFICE
U.S. DISTRICT COURT

All items indicated are to be completed. Information not applicable or unknown will be indicated as "N/A".

1. Date and time of arrest: 10/26/00  5:00 a.m.
2. Spoken language: English
3. Offense(s) charged: Title 18 USC 1956(b), 1956, 1957
4. U.S. Citizen  [X] YES  [ ] NO  [ ] UNKNOWN
5. Date of birth: 8/17/64
6. Type of charging document: (Check One)
   [ ] INDICTMENT          [ ] COMPLAINT TO BE FILED/ALREADY FILED
   CASE NO. _____       CASE NO. 00-6309
   DISTRICT: SDF           (Where warrant or complaint is filed.)
   [ ] BENCH WARRANT FOR FAILURE TO APPEAR
   [ ] PROBATION VIOLATION WARRANT
   [ ] PAROLE VIOLATION WARRANT
   COPY OF WARRANT LEFT WITH BOOKING OFFICER:  [ ] YES  [ ] NO
   AMOUNT OF BOND: _____
   WHO SET BOND: _____

7. REMARKS: _____

8. DATE: 10/26/00
9. Tami S Kayworth, ARRESTING OFFICER
10. AGENCY: FBI
11. (954) 545-1969 PHONE NO.

SCANNED