# United States District Court

SOUTHERN DISTRICT OF FLORIDA          517688

UNITED STATES OF AMERICA

V.

PEGGY PRESTON

**WARRANT FOR ARREST**

CASE NUMBER **00-6309 CR-SEITZ**

TO: The United States Marshal
and any Authorized United States Officer

MAGISTRATE JUDGE GARBER

YOU ARE HEREBY COMMANDED to arrest ___ PEGGY PRESTON ___
                                                Name

and bring her forthwith to the nearest magistrate to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him with (brief description of offense) money laundering conspiracy, money laundering

in violation of Title _18_ United States Code, Section(s) _1956(h), 1956, 1957_

CLARENCE MADDOX                                    COURT ADMINISTRATOR\CLERK OF THE COURT
Name of Issuing Officer                             Title of Issuing Officer

_Jenny Butler_                                     10/24/00 - Fort Lauderdale, Florida
Signature of Issuing Officer                        Date and Location

$10,000 Corporate Surety Bond & with Nebbia        BARRY S. SELTZER
Bail fixed at $ 100,000 Personal Surety Bond       by _UNITED STATES MAGISTRATE JUDGE_
                                                   Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above defendant at Ft. Lauderdale, FL |

| DATE RECEIVED 10/24/00 | NAME AND TITLE OF ARRESTING OFFICER James A. Tassone United States Marshal Southern District of Florida | SIGNATURE OF ARRESTING OFFICER Edward Purchase, SDUSM |
|---|---|---|
| DATE OF ARREST 10/26/00 | | |

#123