SEALED

# CRIMINAL MINUTES

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

HONORABLE PATRICIA A. SEITZ, JUDGE

FILED by _K A_ D.C.

OCT 2 7 2000

CLERK, U.S. DIST. CT.
S. D. OF FLA. MIAMI

Case No. 00-6309-Cr          Date 10/27/00          **Unsealed** 11/8/00

Clerk L Webb                 Reporter R Kaufman

USPO No                      Interpreter No

### UNITED STATES OF AMERICA v. Steve Roffe, et al.

AUSA W Beckerleg            Defense Counsel _____

Defendant(s): Present _____ Not Present  X  In Custody _____

Reason for Hearing: Ex parte hrg on motion for protective order

Result of Hearing: Order to remain sealed until service of order on affected parties.
Order entered with Court's requested changes.

Misc.: _____

Case Continued to: _____ Time _____ For_____

149/8

```
[Docket]                    CIVIL/CRIMINAL                    [Oct 24 2000]
4. Queries                    Docketing


   Docket #  : 0:00-cr-6309                              BLG
   Short Title: USA              v. Raffa
   Type: cr        Judge: Seitz          Magistrate:
   -----------------------------------------------------------------

   -----------------------------------------------------------------
                  Summary of Event that Created the Document

   Filed       Entry Date  Last Update      History ID     Docketed by
   10/27/00     11/1/00    **/**/**          4266734           sp
        +------------------------------------------------------+
        SEALED DOCUMENT




     +viewing docket text------------------------------------+
   Transaction: kseal doc -/ -/ - - -

    Command mode (? for commands)
```

Attached to D.E. # ___149___