UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6309-CR-SEITZ

UNITED STATES OF AMERICA,

vs.

PEGGY PRESTON
            Defendant.
_____/

**ARRAIGNMENT INFORMATION SHEET**

Jail No: On Bond

Language: English

The above-named Defendant appeared before **Magistrate Judge BROWN** where the defendant was arraigned and a plea of not guilty was entered. Defendant and court-appointed/retained counsel of record will be **noticed for trial by the District Judge assigned to this case.** The following information is current as of this date:

Defendant:    Address: IN CUST.

                Tel. No:

Defense Counsel:  Name: Steve Kreisberg
                Address: 3250 Mary Street #400
                Tel. No: (305) 442-4335

Bond Set/Continued:    $STIP. $100,000 PSB

DATED this 2nd day of November, 2000.

CLARENCE MADDOX, CLERK,

BY  STEPHANIE LEE
     Deputy Clerk

c: Clerk for Judge
   U.S. Attorney
   Defense Counsel
   Pretrial Services

TAPE NO. 2000D- 113-642
DIGITAL START NO.

#198