UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.00-6309-CR-SEITZ(s)/GARBER

UNITED STATES OF AMERICA,

vs.

PEGGY ~~PRESTON~~

          Defendant.
_____/

**ARRAIGNMENT INFORMATION SHEET**

Jail No: 55527-004

Language: English

    The above-named Defendant appeared before **Magistrate Judge DUBE'**     where the defendant was arraigned and a plea of not guilty was entered. Defendant and court-appointed/retained counsel of record will be **noticed for trial by the District Judge assigned to this case.** The following information is current as of this date:

Defendant:        Address: ON BOND _____

                       _____

                   Tel. No:_____

Defense Counsel:    Name   :STEVE KREISBERG ESQ.

                 Address: 3250 MARY ST. _____

                    COCONUT GROVE, FL., 33133

                 Tel. No: (305)442-0464 _____

Bond Set/Continued:      $100,000 PSB _____

DATED this 6th day of FEBRUARY _____, 2001.

          CLARENCE MADDOX, CLERK,

          BY____NANCY J. FLOOD_____
                Deputy Clerk

c:Clerk for Judge
  U.S. Attorney
  Defense Counsel
  Pretrial Services

TAPE NO. 2001H- 7_____
DIGITAL START NO. 12446