UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-SEITZ

UNITED STATES OF AMERICA,

v.

PEGGY PRESTON,

_____/

FILED by _____ D.C.
MAR 3 0 2001
CLARENCE MADDOX
CLER. U.S. DIST. CT.
S.D. OF FLA. MIAMI

## ORDER APPOINTING NEW CJA COUNSEL

This matter came before the Court *sua sponte*. Due to the death of Defendant's counsel, Steven Kreisberg, it is

ORDERED that Charles G. White is hereby appointed as CJA counsel for Defendant, Peggy Preston.

DONE AND ORDERED this 30th day of March, 2001.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

Copies to:

See attached Service List

Since the initiation of this Court's FAXBACK program, the parties are no longer required to submit envelopes with their motions & proposed orders. Orders should include a full service list.

## Service List

Brian McCormick, AUSA
Fort Lauderdale

The Offices of Steven E. Kreisberg
3250 Mary Street
Suite 400
Coconut Grove, FL 33133

Peggy Preston, Defendant
2959 N.W. 110th Avenue
Sunrise, FL 33322

David Rothman, Esq.
200 South Biscayne Blvd.
Suite 2690
Miami, FL 33131

John R. Howes, Esq.
633 S.E. 3rd Avenue
Suite 4F
Fort Lauderdale, FL 33301

Ana Jhones, Esq.
330 Biscayne Blvd.
Suite 625
Miami, FL 33132

Emmanuel Perez, Esq.
2121 Ponce de Leon Blvd.
Suite 920
Coral Gables, FL 33144

Don Spadaro, Esq.
1000 South Federal Highway
Suite 103
Fort Lauderdale, FL 33316

Brian Tannenbaum, Esq.
200 South Biscayne Blvd.
Suite 2690
Miami, FL 33131

Michael Tarre, Esq.
Counsel for Jeffrey Bass
2 South Biscayne Blvd.
Suite 3250
Miami, FL 33131

John F. Cotrone, Esq.
509 S.E. 9th Street
Suite 1
Fort Lauderdale, FL 33316

Charles Wender, Esq.
190 West Palmetto Park Road
Boca Raton, FL 33483

James S. Benjamin, Esq.
1 Financial Plaza
Suite 1615
Fort Lauderdale, FL 33394

Peter Raben, Esq.
2665 South Bayshore Drive
Suite 120
Miami, FL 33131

Neil Nameroff, Esq.
100 S.E. 2nd Street
Suite 3350
Miami, FL 33131

Brian Bieber, Esq.
2600 South Douglas Road
PH 1
Coral Gables, FL 33134

Richard Hamar, Esq.
2437 Briarcrest Road
Beverly Hills, CA 90210

Jon May, Esq.
200 East Broward Blvd.
Suite 1210
Fort Lauderdale, FL 33301

Charles White, Esq.
2250 S.W. 3rd Avenue
Suite 150
Miami, FL 33129

Philip Horowitz, Esq.
12651 South Dixie Highway
Suite 328
Miami, FL 33156

David G. Vinikoor, Esq.
420 S.E. 12th Street
Fort Lauderdale, FL 33316

Jeffrey Harris, Esq.
1 East Broward Blvd.
Suite 1500
Fort Lauderdale, FL 33301

**UNITED STATES DISTRICT COURT**

301 NORTH MIAMI AVENUE
FIFTH FLOOR
MIAMI, FLORIDA 33128-7788

**PATRICIA A. SEITZ**
DISTRICT JUDGE

(305) 523-5530

March 15, 2001

## NOTICE TO ATTORNEYS AND LITIGANTS

On Monday, March 19, 2001, this division of Court shall fully implement and commence utilization of the FAXBACK program. This program will permit the Clerk of Court to transmit via telefax copies of all orders, judgments and notices of scheduled court hearings to all parties listed on the Court docket who have provided their fax number to the Clerk.

If you have a fax machine but have not been receiving copies of the documents referred to above via facsimile, please complete the attached authorization and fax or mail it to the Clerk of Court.

If you do not have a fax machine, copies of the Court orders will be sent to you by regular U.S. mail.

For the FAXBACK system to become fully implemented, all original proposed orders (submitted with motions) must include a current Service List containing the following information:

> Name of Attorney (or Pro Se Litigant)
> Name of Firm (if applicable)
> Mailing Address
> Phone Number
> Fax Number
> Counsel for ___(identify party)___

The FAXBACK program will, in addition to the other obvious advantages, effectuate a substantial saving to counsel in that it eliminates the need to furnish addressed, postage-paid envelopes with every motion, as has been required in the past under Local Rules.

If you need more information, please call (305) 523-5212. The Court appreciates your cooperation in the implementation of this new service to the Bar.

# A FAX in Time



Save time by receiving orders and judgments via fax. Here is how it works:

1. Attorneys who participate in this program authorize the Clerk of Court to fax:
   - copies of orders
   - judgments
   - notices entered in civil cases
   - notices entered in criminal cases

2. Faxes are sent directly to the firm's fax number in lieu of mailing a copy of the order.

3. The Clerk's Office maintains a report confirming receipt by parties of the electronic notice.

4. If the Clerk is unable to confirm receipt of the electronic notice, a notice by mail will be effected the following business day.

# Sign-Up Today



**To sign-up:**

1. Complete the attached response form.

2. Stamp and mail the form back to us.

--- OR ---

**Fax the form to the Clerk's Office at:**
(305) 523-5289

**For more information, call:**
(305) 523-5212

**Please Note:** The Court needs to be promptly notified in writing of any address, firm, phone or fax number change in **each** of your active cases.

---

**Authorization to Send Orders and Judgments by Facsimile Transmission**

I authorize the Clerk of Court for the Southern District of Florida to transmit notification of entries of judgments, orders, and notices of hearings by facsimile transmission in any case in which this capability exists and I appear as attorney of record. I understand that this electronic transmission will be in lieu of notice by mail. The following telephone number is dedicated for facsimile transmission:

Fax Phone # _____   Firm Name _____

Phone # _____   Attorney Name _____

State Bar # _____   Street Address _____

Signature _____   City, State, Zip _____

List of my active Cases: _____