UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-Seitz/Garber

UNITED STATES OF AMERICA,

v.

PEGGY PRESTON, et al.,

Defendants.
_____/

### ORDER

THIS CAUSE is before the Court by Order of Reference dated May 17, 2001 from United States District Judge Patricia A. Seitz. It is necessary to devise a method of dealing with availability and production of discovery, particularly as relates to court-appointed counsel. Accordingly, it is hereby

ORDERED that a Status Conference regarding discovery shall be held before the undersigned on Thursday, May 31st, 2001 at 2:00 P.M. in Courtroom VII, United States Courthouse, 300 N.E. 1st Avenue, Miami, Florida 33132. **All court-appointed counsel shall attend!**

DONE AND ORDERED in Chambers at Miami, Florida this 18th day of May, 2001.

BARRY L. GARBER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
U.S. District Judge Highsmith/Seitz
Counsel of record

