CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

THE HONORABLE PATRICIA A. SEITZ


FILED by _____ D.C.
MAY 23 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

Case No. 00-6309-Cr
Clerk L. Webb
USPO ____
USPTS ____

Date 5/22/01
Reporter D. Ehrlich
Interpreter ____

AUSA Brian McCormick   Def. Atty. All As represented

United States of America v. Mamone, et al.

Defendant(s): Present ____   Not Present X   In Custody ____

Reason for Hearing Status Conference

Results of Hearing Aug 30 - cut off for motions.
Gov't response due 30 days (9/30/01)
Gov't may supersede and add 1-2 more
defendants
Parties to meet to propose narrowing
issues on joint defense, to protect
Δ's interest

Misc. Δs may meet with each other as
long as each one's counsel is present
Rothman will submit order approved
by Gov't.

437