```
                                  UNITED STATES DISTRICT COURT
                                  SOUTHERN DISTRICT OF FLORIDA

                                  CASE NO.  00-6309-CR-SEITZ
UNITED STATES OF AMERICA,

        Plaintiff,
-vs-

PEGGY PRESTON,

        Defendant.
_____/
```

### NOTICE OF CHANGE OF ADDRESS

**NOTICE** is hereby given that the **LAW OFFICES OF CHARLES G. WHITE, P.A.**, have relocated. The new address is:

> 2900 Bridgeport Avenue
> Suite 401
> Coconut Grove, FL 33133-3606
> Telephone:  (305) 856-1211
> Facsimile:  (305) 446-5856
> E-mail:  cgwhitelaw@netscape.net

Service of all pleadings, notices and papers by mail should be addressed to the undersigned counsel at the above-captioned address.

Respectfully submitted,

_____
CHARLES G. WHITE, P.A.
Counsel for Defendant
2900 Bridgeport Avenue
Suite 401
Coconut Grove, FL 33133
Tel:  (305) 856-1211
Fax:  (305) 446-5856
Florida Bar No. 334170

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this __19th__ day of June, 2001, to:

J. BRIAN McCORMICK, ASST. U.S. ATTORNEY
DIANA FERNANDEZ, ASST. U.S. ATTORNEY
U.S. Attorney's Office
500 E. Broward Blvd., Suite 700
Fort Lauderdale, FL 33394

DAVID ROTHMAN, ESQ.
200 S. Biscayne Blvd., Suite 2690
Miami, FL 33131
(Counsel for John Momone)

JOHN HOWES, ESQ.
633 S.E. Third Ave., Suite 4F
Fort Lauderdale, FL 33302
(Counsel for Fred Morgenstern)

ANA M. JHONES, ESQ.
330 Biscayne Blvd., Suite 625
Miami, FL 33132
(Counsel for David Morganstern)

PETER RABEN, ESQ.
2665 S. Bayshore Dr., Suite 1206
Fort Lauderdale, FL 33316
(Counsel for Paul DiFilippi)

NEIL M. NAMEROFF, ESQ.
100 S.E. Second Ave., Suite 3350
Miami, FL 33131
(Counsel for Anson Klinger)

BRIAN H. BIEBER, ESQ.
2600 Douglas Road, Penthouse 1
Coral Gables, FL 33134
(Counsel for Joseph Spitaleri)

JOHN F. COTRONE, ESQ.
509 A.W. 9th St., Suite 1
Fort Lauderdale, FL 33316
(Counsel for Frederick Scarola)

CHARLES WENDER, ESQ.
190 W. Palmetto Park Road
Boca Raton, FL 33432
(Counsel for Giuseppe Bellito)

JAMES BENJAMIN, ESQ.
1 Financial Plaza, Suite 1615
Fort Lauderdale, FL 33394
(Counsel for Mark Carattini)

DONALD SPADARO, ESQ.
1000 S. Federal Hwy., Suite 103
Fort Lauderdale, FL 33316
(Counsel for Julius Chiusano)

BRIAN L. TANNENBAUM, ESQ.
200 S. Biscayne Blvd., Suite 2690
Miami, FL 33131
(Counsel for Michael Buccinna)

JEFFREY M. HARRIS, ESQ.
One E. Broward Blvd., Suite 1500
Fort Lauderdale, FL 33301
(Counsel for David Bell)

JON MAY, ESQ.
200 E. Broward Blvd., Suite 1210
Fort Lauderdale, FL 33301
(Counsel for Charles Clay)

RICHARD HAMER, ESQ.
MARIA HAMAR, ESQ.
2437 Briarcrest Road
Beverly Hills, CA 90210
(Counsel for Charles Clay)

PHILLIP R. HOROWITZ, ESQ.
12651 S. Dixie Hwy., Suite 328
Miami, FL 33156
(Counsel for Mark Weiss)

MICHARL TARRE, ESQ.
2 S. Biscayne Blvd., # 3250
Miami, FL 33131
(Counsel for Jeffrey Bass)

DAVID C. VINIKOOR, ESQ.
420 S.E. 12th St.
Fort Lauderdale, FL 33316
(Counsel for Jacolyn Baruch)

                                        Respectfully submitted,

                                        CHARLES G. WHITE, P.A.
                                        Counsel for Defendant PRESTON
                                        2900 Bridgeport Avenue
                                        Suite 401
                                        Coconut Grove, FL 33133
                                        Tel:  (305) 856-1211
                                        Fax:  (305) 446-5856
                                        Florida Bar No. 334170

                                        _____
                                        CHARLES G. WHITE, ESQ.