CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

THE HONORABLE PATRICIA A. SEITZ

FILED by _____ D.C.
SEP 2 5 2001
CLARENCE MADDOX
CLERK, U.S. DIST. CT.
S.D. OF FLA. - MIAMI

Case No. 00-6309-Cr                      Date 9/21/01
Clerk L. Webb                            Reporter D. Ehrlich
USPO _____                     Interpreter _____
USPTS _____

AUSA B. McCormick/              Def. Atty. All As represented.
D. Fernandez
United States of America v. McMurle, et al.

Defendant(s): Present _____  Not Present  X   In Custody _____
Reason for Hearing  Status Conf.

Results of Hearing  Rothman & Harris to meet 5 days before status to determine if there is need for conf. & into ct 2 days prior Schwartz & Karlow have trial on 2/11 before JR on USA v. Arias which conflicts ours. Discussion re copying of docs in SC desk. Gov't & As to work out means of

Misc. Displaying As with docs.
CSA lead counsel — John House re SC docs — to work w/ Jhones to get docs. House will inform Court by 10/1 of results of doc discovery.

48