DLWF:df

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-SEITZ(s)
18 U.S.C. 371

UNITED STATES OF AMERICA,          )
                                   )
              Plaintiff,           )
                                   )
v.                                 )
                                   )
PEGGY PRESTON,                     )
                                   )
              Defendant.           )
_____)

FILED by _____ D.C.
OCT 0 3 2001
CLARENCE MADDOX
CLER., U.S. DIST. CT.
S.D. OF FLA. MIAMI

## SUPERSEDING INFORMATION

The United States Attorney charges that:

1.  From in or about August 1999, and continuing thereafter up to and including December 1999, in the Southern District of Florida and elsewhere, the defendant,

PEGGY PRESTON,

did knowingly conspire, confederate, and agree with other persons to commit the following offense against the United States, that is, to violate Title 31, United States Code, Section 5324(a)(1).

### THE PURPOSE AND OBJECT OF THE CONSPIRACY

2.  It was the purpose and object of the conspiracy to cause a domestic financial institution to fail to file a report required under Section 5313(a) or 5325 or any regulation prescribed under any such section.

## OVERT ACTS

In furtherance of the conspiracy and to effect the objects thereof in the Southern District of Florida, the defendant or her co-conspirators committed at least one of the following overt acts, among others:

1. On or about November 15, 1999, in the Southern District of Florida, defendant PEGGY PRESTON caused the negotiation of three checks in the total amount of $98,744.17.

2. On or about November 24, 1999, in the Southern District of Florida, defendant PEGGY PRESTON caused the negotiation of two checks in the total amount of $60,264.00

3. On or about December 1, 1999, in the Southern District of Florida, defendant PEGGY PRESTON caused the negotiation of six checks in the total amount of $86,000.46.

All in violation of Title 18, United States Code, Section 371.

_____
GUY A. LEWIS
UNITED STATES ATTORNEY

_____
J. BRIAN McCORMICK
ASSISTANT UNITED STATES ATTORNEY

_____
DIANA L.W. FERNANDEZ
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA  CASE NO. ___00-6309-CR-SEITZ(S)___

v.

PEGGY PRESTON  **CERTIFICATE OF TRIAL ATTORNEY\***

**Superseding Case Information**:

**Court Division:** (Select One)

New Defendant(s)        Yes ___   No _X_
Number of New Defendants  ___
Total number of counts    _1_

___ Miami   ___ Key West
_x_ FTL     ___ WPB   ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No) _No_
   List language and/or dialect ___

4. This case will take _2_ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                           (Check only one)

   I    0 to 5 days       _X_          Petty      ___
   II   6 to 10 days      ___          Minor      ___
   III  11 to 20 days     ___          Misdem.    ___
   IV   21 to 60 days     ___          Felony     _x_
   V    61 days and over  ___

6. Has this case been previously filed in this District Court? (Yes or No) _Yes_
   If yes:
   Judge: _Patricia A. Seitz_       Case No. _00-6309-Cr-Seitz(s)_
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter? (Yes or No) _No_
   If yes:
   Magistrate Case No. ___
   Related Miscellaneous numbers: _search warrants 00-4603-Snow & 00-4604-Snow_
   Defendant(s) in federal custody as of _n/a_
   Defendant(s) in state custody as of ___
   Rule 20 from the ___     District of ___

   Is this a potential death penalty case? (Yes or No) _No_

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? _X_ Yes _X_ No   If yes, was it pending in the Central Region? _X_ Yes ___ No

8. Did this case originate in the Narcotics Section, Miami? ___ Yes _X_ No

   BRIAN McCORMICK
   ASSISTANT UNITED STATES ATTORNEY
   COURT I.D.# A5500084

\*Penalty Sheet(s) attached

REV.6/27/00

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
PENALTY SHEET**

Defendant's Name:  PEGGY PRESTON

Count #: 1          18 U.S.C. 371

_____

_____

*Max. Penalty: 5 years' imprisonment and up to a $250,000 fine
_____

Count #: _____

_____

*Max. Penalty:
_____

Count #: _____

_____

*Max. Penalty:
_____

Count #: _____

_____

*Max. Penalty:
_____

Count #: _____

_____

*Max. Penalty:
_____

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

REV. 12/12/96