AO 455 (REV. 5/85) Waiver of Indictment

# United States District Court

## SOUTHERN DISTRICT OF FLORIDA



FILED by _____ D.C.

OCT 0 3 2001

CLARENCE MADDOX
CLERK, U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES OF AMERICA

**WAIVER OF INDICTMENT**

v.

CASE NUMBER: 00-6309-CR-SEITZ(S)

PEGGY PRESTON

I, PEGGY PRESTON, the above named defendant, who is accused of Conspiracy to structure financial transactions, in violation of Title 18, United States Code, Section 371, being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on Oct. 3, 2001 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
PEGGY PRESTON
Defendant.

_____
CHARLES WHITE
Counsel for Defendant

Before _____
UNITED STATES ~~MAGISTRATE~~ JUDGE
District