CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

THE HONORABLE PATRICIA A. SEITZ

FILED by ___ D.C.
OCT 03 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

Case No. 00-6309-Cr   Date 10/3/01
Clerk L. Webb   Reporter B. Dockstader
USPO   Interpreter No
USPTS

AUSA D. Fernandez   Def. Atty. C White

United States of America v. Peggy Preston

Defendant(s): Present X   Not Present ___   In Custody No

Reason for Hearing: Change of plea to the Superseding Information filed 10/3/01

Results of Hearing: Adjudicated guilty, PSI ordered, referred to probation.

Δ to remain on bond

Misc. Probs to confirm Δs employment by paystubs & not contact her employer until she is able to discuss this matter with them. Defense counsel will notify probation when Δ has told her employer.