CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

THE HONORABLE PATRICIA A. SEITZ



FILED by _____ D.C.
OCT 1 1 2001
CLARENCE MADDOX
CLERK, U.S. DIST. CT.
S.D. OF FLA. MIAMI

Case No. 00-6309-cr          Date 10/10/01
Clerk L. Webb               Reporter D. Ehrlich
USPO _____           Interpreter _____
USPTS _____

AUSA D. Fernandez /         Def. Atty. All As represented
     B. McCormick

United States of America v. Mamone

Defendant(s): Present ____  Not Present  X   In Custody ____

Reason for Hearing  Re Discovery Matters re SC case

Results of Hearing  Docs can be returned to Miami.
Gov't needs time to get agents up there
+ back by 11/1/01. 3 weeks to do bates stamping.
Approx. 110 boxes.
Judge Anderson in S.C., Anderson, SC.
Gov't needs to retain some docs in SC
re ancillary proceedings. Gov't to find
Misc. out if duplicates can be made +
sent down.
Any expenses incurred there for w/o approval
of Court  will not be paid. Gov't firm's
w/i 12 days Gov't to advise court if there
is an index of SC docs done by SC counsel.
Discovery conf between counsel set for next week.
PT motions extended to 11/19 - 3 new As only
Gov't's resp due by 12/7

689/t