```
                              UNITED STATES DISTRICT COURT
                              SOUTHERN DISTRICT OF FLORIDA

                              CASE NO.  00-6309-CR-SEITZ
UNITED STATES OF AMERICA,

-vs-

PEGGY PRESTON,

          Defendant.
_____/
```

NOTICE OF CHANGE OF ADDRESS

NOTICE is hereby given that the **LAW OFFICES OF CHARLES G. WHITE, P.A.**, have relocated. The new address is:

```
        7301 W. Palmetto Park Road
               Suite 101A
        Boca Raton, FL 33433-3455
        Telephone:  (561) 391-1579
        Facsimile:  (561) 391-4668
     E-mail:  cgwhitelaw@netscape.net
```

Service of all pleadings, notices and papers by mail should be addressed to the undersigned counsel at the above-captioned address.

```
                    Respectfully submitted,

                    CHARLES G. WHITE, P.A.
                    Counsel for Defendant PRESTON
                    1031 Ives Dairy Road
                    Suite 228
                    Miami, Florida 33179
                    Tel:  (305) 914-0160
                    Fax:  (305) 914-0166
                    Florida Bar No. 334170


                    _____
                    CHARLES G. WHITE, ESQ.
```

1

<u>CERTIFICATE OF SERVICE</u>

      I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 5th day of February, 2002, to:

J. BRIAN McCORMICK, ASST. U.S. ATTORNEY
DIANA FERNANDEZ, ASST. U.S. ATTORNEY
U.S. Attorney's Office
500 E. Broward Blvd., Suite 700
Fort Lauderdale, FL 33394

DAVID ROTHMAN, ESQ.
200 S. Biscayne Blvd., Suite 2690
Miami, FL 33131
(Counsel for John Momone)

JOHN HOWES, ESQ.
633 S.E. Third Ave., Suite 4F
Fort Lauderdale, FL 33302
(Counsel for Fred Morgenstern)

ANA M. JHONES, ESQ.
330 Biscayne Blvd., Suite 625
Miami, FL 33132
(Counsel for David Morganstern)

PETER RABEN, ESQ.
2665 S. Bayshore Dr., Suite 1206
Coconut Grove, FL 33133
(Counsel for Paul DiFilippi)

NEIL M. NAMEROFF, ESQ.
100 S.E. Second Ave., Suite 3350
Miami, FL 33131
(Counsel for Anson Klinger)

BRIAN H. BIEBER, ESQ.
2600 Douglas Road, Penthouse 1
Coral Gables, FL 33134
(Counsel for Joseph Spitaleri)

JOHN F. COTRONE, ESQ.
509 S.E. 9th St., Suite 1
Fort Lauderdale, FL 33316
(Counsel for Frederick Scarola)

CHARLES WENDER, ESQ.
190 W. Palmetto Park Road
Boca Raton, FL 33432
(Counsel for Giuseppe Bellito)

JAMES BENJAMIN, ESQ.
1 Financial Plaza, Suite 1615
Fort Lauderdale, FL 33394
(Counsel for Mark Carattini)

DONALD SPADARO, ESQ.
1000 S. Federal Hwy., Suite 103
Fort Lauderdale, FL 33316
(Counsel for Julius Chiusano)

BRIAN L. TANNENBAUM, ESQ.
200 S. Biscayne Blvd., Suite 2690
Miami, FL 33131
(Counsel for Michael Buccinna)

JEFFREY M. HARRIS, ESQ.
One E. Broward Blvd., Suite 1500
Fort Lauderdale, FL 33301
(Counsel for David Bell)

JON MAY, ESQ.
200 E. Broward Blvd., Suite 1210
Fort Lauderdale, FL 33301
(Counsel for Charles Clay)

RICHARD HAMER, ESQ.
MARIA HAMAR, ESQ.
2437 Briarcrest Road
Beverly Hills, CA 90210
(Counsel for Charles Clay)

PHILLIP R. HOROWITZ, ESQ.
12651 S. Dixie Hwy., Suite 328
Miami, FL 33156
(Counsel for Mark Weiss)

MICHARL TARRE, ESQ.
2 S. Biscayne Blvd., # 3250
Miami, FL 33131
(Counsel for Jeffrey Bass)

DAVID C. VINIKOOR, ESQ.
420 S.E. 12th St.
Fort Lauderdale, FL 33316
(Counsel for Jacolyn Baruch)

                              Respectfully submitted,

                              CHARLES G. WHITE, P.A.
                              Counsel for Defendant PRESTON
                              1031 Ives Dairy Road
                              Suite 228
                              Miami, Florida 33179
                              Tel:  (305) 914-0160
                              Fax:  (305) 914-0166
                              Florida Bar No. 334170

                              _____
                              CHARLES G. WHITE, ESQ.