1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

FILED by ___ D.C.
CT. REP.

FEB 1 1 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.· MIAMI

UNITED STATES OF AMERICA,    .  CASE 00-6309CRSEITZ

            PLAINTIFF,    .  MIAMI, FLORIDA
                          .  OCTOBER 3, 2001
            v.            .

PEGGY PRESTON,            .
                          .
            DEFENDANT.    .
                          .
. . . . . . . . . . . . . .


        TRANSCRIPT OF PLEA COLLOQUY HAD
    BEFORE THE HONORABLE PATRICIA SEITZ,
        UNITED STATES DISTRICT JUDGE.


APPEARANCES:

FOR THE GOVERNMENT:        DIANE FERNANDEZ, AUSA


FOR THE DEFENDANT:         CHARLES WHITE, ESQUIRE


COURT REPORTER:            BRYNN DOCKSTADER, RMR
                           OFFICIAL COURT REPORTER
                           UNITED STATES DISTRICT COURT
                           301 N. MIAMI AVE., ROOM 396
                           MIAMI, FLORIDA  33128
                           (305) 523-5630


        Proceedings recorded by mechanical stenography,
                transcription by computer

