UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   00-6309-CR-SEITZ

UNITED STATES OF AMERICA,

        Plaintiff,

-vs-

PEGGY PRESTON,

        Defendant.

_____/



## JOINT MOTION TO CONTINUE SENTENCING

Defendant, **PEGGY PRESTON**, through counsel, and the Government, through Assistant U.S. Attorney Brian McCormick, respectfully request this Court continue the sentencing of this cause, and in support thereof would state:

1.  Sentencing is currently scheduled for 8:30 a.m. on April 12, 2002.

2.  The trial of the co-defendants has not yet taken place.  PRESTON had pled guilty and is cooperating with the Government.  It is anticipated that she will be a witness at her co-defendants' trial.  After the Court hears her truthful testimony, she hopes that the Government will exercise its discretion to file a Motion for Downward Departure under U.S.S.G., Section 5K1.1.  She would want the Court to have the benefit of the full manifestation of her cooperation before imposing sentence.

THEREFORE, the Defendant and the Government request this Court continue the sentencing of this cause.

Respectfully submitted,

CHARLES G. WHITE, P.A.
Counsel for Defendant
1031 Ives Dairy Road
Suite 228
Miami, Florida 33179
Tel:  (305) 914-0160
Fax:  (305) 914-0166
Florida Bar No. 334170


_____
CHARLES G. WHITE, ESQ.

<u>CERTIFICATE OF SERVICE</u>

      I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 28th day of February, 2002, to:

J. BRIAN McCORMICK, ASST. U.S. ATTORNEY
DIANA FERNANDEZ, ASST. U.S. ATTORNEY
U.S. Attorney's Office
500 E. Broward Blvd., Suite 700
Fort Lauderdale, FL 33394

DAVID ROTHMAN, ESQ.
200 S. Biscayne Blvd., Suite 2690
Miami, FL 33131
(Counsel for John Momone)

JOHN HOWES, ESQ.
633 S.E. Third Ave., Suite 4F
Fort Lauderdale, FL 33302
(Counsel for Fred Morgenstern)

ANA M. JHONES, ESQ.
330 Biscayne Blvd., Suite 625
Miami, FL 33132
(Counsel for David Morganstern)

PETER RABEN, ESQ.
2665 S. Bayshore Dr., Suite 1206
Coconut Grove, FL 33133
(Counsel for Paul DiFilippi)

NEIL M. NAMEROFF, ESQ.
100 S.E. Second Ave., Suite 3350
Miami, FL 33131
(Counsel for Anson Klinger)

BRIAN H. BIEBER, ESQ.
2600 Douglas Road, Penthouse 1
Coral Gables, FL 33134
(Counsel for Joseph Spitaleri)

JOHN F. COTRONE, ESQ.
509 S.E. 9th St., Suite 1
Fort Lauderdale, FL 33316
(Counsel for Frederick Scarola)

CHARLES WENDER, ESQ.
190 W. Palmetto Park Road
Boca Raton, FL 33432
(Counsel for Giuseppe Bellito)

JAMES BENJAMIN, ESQ.
1 Financial Plaza, Suite 1615
Fort Lauderdale, FL 33394
(Counsel for Mark Carattini)

DONALD SPADARO, ESQ.
1000 S. Federal Hwy., Suite 103
Fort Lauderdale, FL 33316
(Counsel for Julius Chiusano)

BRIAN L. TANNENBAUM, ESQ.
200 S. Biscayne Blvd., Suite 2690
Miami, FL 33131
(Counsel for Michael Buccinna)

JEFFREY M. HARRIS, ESQ.
One E. Broward Blvd., Suite 1500
Fort Lauderdale, FL 33301
(Counsel for David Bell)

JON MAY, ESQ.
200 E. Broward Blvd., Suite 1210
Fort Lauderdale, FL 33301
(Counsel for Charles Clay)

RICHARD HAMER, ESQ.
MARIA HAMAR, ESQ.
2437 Briarcrest Road
Beverly Hills, CA 90210
(Counsel for Charles Clay)

PHILLIP R. HOROWITZ, ESQ.
12651 S. Dixie Hwy., Suite 328
Miami, FL 33156
(Counsel for Mark Weiss)

MICHARL TARRE, ESQ.
2 S. Biscayne Blvd., # 3250
Miami, FL 33131
(Counsel for Jeffrey Bass)

CHARLES G. WHITE, P.A.
Counsel for Defendant PRESTON
1031 Ives Dairy Road
Suite 228
Miami, Florida 33179
Tel:  (305) 914-0160
Fax:  (305) 914-0166
Florida Bar No. 334170