UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6309-CR-SEITZ

UNITED STATES OF AMERICA,

v.

PEGGY PRESTON,

_____/



## ORDER CONTINUING SENTENCING

This matter came before the Court on Defendant's Joint Motion to Continue Sentencing. The Court having reviewed the motion and being otherwise fully advised, it is

ORDERED that Defendant's Motion is GRANTED. The sentencing is reset to **June 3, 2002, at 8:30 a.m.**

DONE AND ORDERED in Miami, Florida this 4th day of March, 2002.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

Copies to:
Brian McCormick, AUSA
Diana Fernandez, AUSA
Charles G. White, Esq.
U.S. Probation