UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6309-CR-SEITZ

UNITED STATES OF AMERICA,

v.

PEGGY PRESTON,

_____/



## NOTICE RESETTING SENTENCING

PLEASE TAKE NOTICE that the Sentencing in the above matter is reset for **July 31, 2002 at 8:30 a.m.**

DATED: June 10, 2002

By Order of the Court
Clarence Maddox, Clerk

By_____
Deputy Clerk

Copies to:
Brian McCormick, AUSA
Diana Fernandez, AUSA
Charles White, Esq.
U.S. Probation