UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-SEITZ(S)(S)

NIGHT BOX
FILED

JUL 22 2002

CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

UNITED STATES OF AMERICA,

        Plaintiff,

v.

PEGGY PRESTON,

        Defendant.
_____/

**GOVERNMENT'S MOTION FOR REDUCTION OF SENTENCE PURSUANT TO U.S.S.C. § 5K1.1**

The United States of America, by and through the undersigned Assistant United States Attorneys, pursuant to U.S.S.C. §5K1.1 respectfully requests that the Court depart from the Sentencing Guidelines based upon the following:

The defendant has provided substantial assistance in the investigation of other persons who have committed violations of federal law.

Rec'd in MIA Dkt 7-24-02

1094

The government respectfully requests the opportunity to fully inform the Court, at time of sentencing, as to the substance of the defendant's cooperation with the government.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: _____
J. BRIAN McCORMICK
ASSISTANT UNITED STATES ATTORNEY
Court I.D. #A5500084
500 E. Broward Blvd., 7th Floor
Fort Lauderdale, Florida 33394
Telephone: (954) 356-7392
Facsimile: (954) 356-7230

By: _____
DIANA L.W. FERNANDEZ
ASSISTANT UNITED STATES ATTORNEY
Court I.D. #A5500017
500 E. Broward Blvd., 7th Floor
Fort Lauderdale, Florida 33394
Telephone: (954) 356-7392
Facsimile: (954) 356-7230

**CERTIFICATE OF SERVICE**

I HEREBY certify that a true and correct copy of the foregoing was hand delivered this 22nd day of July, 2002 to:

Charles g. White, Esquire
2900 Bridgeport Avenue
Suite 401
Coconut Grove, FL 33133-3606
(Counsel for PEGGY PRESTON)

DIANA L.W. FERNANDEZ
ASSISTANT UNITED STATES ATTORNEY