UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-SEITZ

UNITED STATES OF AMERICA,

    Plaintiff,

-vs-

PEGGY PRESTON,

    Defendant.
_____/

## AGREED MOTION TO CONTINUE SENTENCING

Defendant, **PEGGY PRESTON**, through counsel, and with the agreement of Assistant U.S. Attorneys Brian McCormick and Diana Fernandez, respectfully request this Court continue the sentencing of this cause, and in support thereof would state:

1. Sentencing is currently scheduled for 8:30 a.m. on July 31, 2002.

2. Counsel had made plans to be on vacation outside the Southern District of Florida from July 22-August 2, 2002.

3. The Defendant is on bond, and will not be prejudiced by a delay. The Government will be filing a Motion for Downward Departure Pursuant to U.S.S.G., Section 5K1.1, and will also not be prejudiced by a delay.

4. Counsel understands that this Court is not obligated to consider his vacation time, but would request an accommodation in this case.

