UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6309-CR-SEITZ



UNITED STATES OF AMERICA,

v.

PEGGY PRESTON,
_____/

### ORDER CONTINUING SENTENCING

This matter came before the Court on Defendant's Agreed Motion to Continue Sentencing.

The Court having reviewed the motion and being otherwise fully advised, it is

ORDERED that the Motion is GRANTED. The sentencing is reset to **August 12, 2002 at 8:15 a.m.**

DONE AND ORDERED in Miami, Florida this 31st day of July, 2002.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

Copies to:
Brian McCormick, AUSA
Charles White, Esq., 1031 Ives Dairy Rd., #228, Miami, FL 33179
U.S. Probation
U.S. Pretrial Services

