# CRIMINAL SENTENCING MINUTES

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### THE HONORABLE PATRICIA A. SEITZ



FILED by _____ D.C.
AUG 1 5 2002
CLARENCE MADDOX
CLERK, U.S. DIST. CT.
S.D. OF FLA. MIAMI

---

Case No. 00-6309-Cr    Date 8/12/02
Clerk L. Webb    Reporter Patricia Sanders
USPO J. Huse    Interpreter _____
USPTS _____

AUSA Diana Fernandez    Def. Atty. Charles White

United States of America v. Peggy Preston

Defendant(s): Present  X    Not Present _____    In Custody No
Sentence Probation 4 years
Supervised Release _____
Special Conditions of SR (1) no further debt (2) financial access (3) personal fin. counseling (4) early term after 2 years

Fine $ _____    Special Assessment $ 100.00
Advised of right to appeal  Yes
Recommendations to BOP _____

Misc. All Count Rem. dismissed.