00-6309-CR-Seitz



FILED by ___ D.C.
AUG 29 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

Peggy Preston

No further action required by
the U.S. Marshals Service.

ED STUBBS
~~[redacted]~~
UNITED STATES MARSHAL

SDUSM  ED PURCHASE

1132

# United States District Court
## Southern District of Florida
### MIAMI DIVISION

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| | (For Offenses Committed On or After November 1, 1987) |
| v. | Case Number: 00-6309-CR-SEITZ/001 |
| PEGGY PRESTON | |
| | Counsel For Defendant: Charles White, Esq. |
| | Counsel For The United States: Diana Fernandez, AUSA |
| | Court Reporter: Patricia Sanders |

FILED by _____ D.C.

AUG 1 6 2002

CLARENCE MADDOX
CLERK, U.S. DIST. CT.
S.D. OF FLA. - MIAMI

The defendant pleaded guilty to Count One of the Superseding Information.
ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following offense(s):

| TITLE/SECTION NUMBER | NATURE OF OFFENSE | DATE OFFENSE CONCLUDED | COUNT |
|---|---|---|---|
| 18 U.S.C. 371 | Conspiracy | December 1999 | One |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

All counts of the First Superseding Indictment as to this Defendant are dismissed on Government's motion.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Defendant's Soc. Sec. No. 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
Defendant's Date of Birth: 8/17/1964
Deft's U.S. Marshal No.: 55527-004

Defendant's Mailing Address:
2959 N.W. 110th Avenue
Sunrise, FL 33323

Defendant's Residence Address:
2959 N.W. 110th Avenue
Sunrise, FL 33323

Date of Imposition of Sentence:
August 12, 2002

_____
PATRICIA A. SEITZ
United States District Judge

August 15, 2002

Certified to be a true and correct copy of the document on file
Clarence Maddox, Clerk,
U.S. District Court
Southern District of Florida

By _____ Deputy Clerk
Date 8/16/02