UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6309-CR-Seitz

**UNITED STATE OF AMERICA**, :
                                                    :
v.                                                  :
                                                    :        **NOTICE OF PERMANENT**
**JOHN MAMONE,**                        :        **APPEARANCE AS COUNSEL**
_____ :                **OF RECORD**

      **COMES NOW, GRACE MAMONE,** wife of **JOHN MAMONE,** and files this appearance as counsel in the above referenced matter. Counsel agrees to represent **GRACE MAMONE** for all proceedings arising out of restitution in which the defendant(s) is presently charged in the United States District Court in and for the Southern District of Florida.

      Counsel hereby states that this appearance is unconditional and in conformity with the requirements of Local General Rule 11.1(D)' and Rule 4 of the Special Rules Governing the Admission and Practice of Attorneys.

      Counsel acknowledges responsibility to advise **GRACE MAMONE** of the right of appeal, to file a timely notice of appeal if requested to do so by **GRACE MAMONE**, and to pursue that appeal unless relieved by Court Order.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy was mailed this 30th day of October, 2002, to: **LAW OFFICES OF NEIL M. SCHUSTER,** Suite 11B, 407 Lincoln Road, Miami Beach, Florida 33139, and **AUSAs BRIAN McCORMICK** and **DIANA FERNANDEZ,** Office of the United States Attorney, 500 East Broward Blvd., Fort Lauderdale, Florida 33394, and **USPO SILAS SAUNDERS,** 300 N.E. 1st Avenue, Suite 315, Miami, Florida 33132.

RESPECTFULLY SUBMITTED:

**WILLIAM J. CONE, JR., ESQUIRE**
Attorney for Grace Mamone
514 S.E. 7th Street
Fort Lauderdale, Florida 33301
Phone: 954-764-0570