SD/FL PACTS No. 65974

PROB 34
(Rev. 5/01)

**Report and Order Terminating Probation/Supervised Release**

# UNITED STATES DISTRICT COURT

FOR THE

Southern District of Florida



UNITED STATES OF AMERICA

v.    Crim. No. 00-6309-CR-SEITZ

Peggy Preston

It appearing that the above named has complied with the conditions of probation/supervised release imposed by the order of the Court heretofore made and entered in this case and that the period of probation/supervised release expires on August 11, 2006, I therefore recommend that the defendant be discharged from probation/supervised release and that the proceedings in the case be terminated.

Respectfully submitted,

Tiwanna Johnson
U.S. Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered that the defendant be discharged from probation/supervised release and that the proceedings in the case be terminated.

Dated this 13th day of January, 2006.

United States District Judge